ANNIE WELCH, Respondent, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Appellant.

*Welch* v. *Syracuse Rapid Transit Ry. Co.*, 89 App. Div. 616, affirmed.
(Argued April 19, 1905; decided May 5, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 22, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Spencer* for appellant.

*M. E. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

———

SIMEON MATHER et al., Respondents, *v.* GEORGE G. YOST, Appellant, Impleaded with Another.

*Mather* v. *Yost*, 93 App. Div. 604, affirmed.
(Argued April 19, 1905; decided May 5, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1904, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*E. C. Emerson* and *Anson Harder* for appellant.

*John N. Carlisle* and *Mason M. Swan* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, J.